IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENNETH LITTLE,<br>　　Plaintiff,<br><br>v.<br><br>RECEIVABLES PERFORMANCE<br>MANAGEMENT, LLC, a Washington<br>limited liability company,<br>　　Defendant. | CIVIL ACTION FILE<br><br>NO. <u>1:12-cv-3769-ODE-ECS</u> |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　by:　　/ s/ James M. Feagle
　　　　　　　　　　　　　　James M. Feagle
　　　　　　　　　　　　　　Georgia Bar No. 256916

**SKAAR & FEAGLE, LLP**
108 East Ponce de Leon Avenue ● Suite 204
Decatur, GA 30030
(404) 373-1970 ● fax: (404) 601-1855

- 1 -